[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 8, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-14513
Non-Argument Calendar

_____

D. C. Docket No. 08-00027-CR-ORL-22KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAMON DANIEL MCCURRY,
a.k.a. Antonio Brown,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 8, 2009)

Before BARKETT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Damon Daniel McCurry, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McCurry's convictions and sentence are **AFFIRMED**.